PROB 35
(Mod.ED/VA-Rev. 05/05)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

V.                          Crim. No. 4:06CR00014-001

Tracy Coles

On August 25, 2016, the above-named defendant was placed on supervised release for a period of five (5) years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

Courtney D. Lopez
U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 11 day of January, 2019.

Robert G. Doumar
Senior United States District Judge

**TO CLERK'S OFFICE**